IN THE UNITED STATES DISTRICT COURT FOR
THE Middle DISTRICT OF TENNESSEE
AT Nashville

David Hamilton,
_______________,
_______________,
**PLAINTIFF,**

VS.

Warden of Security Corvelli Hayes
Warden Kenneth NELSEN,
Warden of Treatment Michael Keys,
CCO Green,
RMS I Tennessee Department of Correction
**DEFENDANT (S)**

**CIVIL ACTION NO.**_______________

RECEIVED
JUN 12 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER**
**42 U.S.C. ' 1983**

I. Previous Lawsuits:

A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES ✓ NO___

B. If your answer to A is "Yes"; describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: David Hamilton, I was Excessive forcly beaten twice once on cafeteria side walk [illegible] Also medical where I had gotten sprayed with mace and then I made it to RMS I and got put in A Fogs Conwell [illegible]

Defendants: Warden Grady Perry of SCCF [illegible] IA, James Krakes, f-No Captain Brown Cioyonno Beebout All Are Former And Current SCCF/CCA Employees (RMS I) Warden of Treatment MICHAEL KEYS

2. Court (if Federal Court, name the District; if State Court Name the County):
In The middle District of Tennessee

3. Docket Number: 3:24-cv-00725

4. Name of Judge whom case was assigned: Judge Aleta A. Traugher

5. Disposition (for example; Was the case dismissed? Was it Appealed ? Is it still pending?) It's Still Pending

6. Approximate date of filling lawsuit: May 5, 2024

7. Approximate date of disposition: Case Pending

II. Place of Present Confinement: Riverbend Maximum Security Institution

A. Is there a prisoner grievance procedure in this Institution? YES ✓ NO___

B. Did you present the facts relating to your complaint in the Prison Grievance Procedure? YES ✓ NO___

C. If your answer is "YES":

1. What steps did you take? I Filed A Grievance

2. What was the result? I Appealed All the way to the TDOC Commissioner whom Denied Appeal.

D. If your answer is "NO", explain why not:

III. Parties:

(In item A place your full name and address. Do the same for additional plaintiffs, if any. In item B below, place the full name of the Defendant in the blank marked B and his Official Position and place of Employment. Do the same for additional Defendants, if any).

A. Name of Plaintiff: David Hamilton

Address: 7475 Cockrill Bend Blvd
Nashville, TN 37209

Additional Plaintiffs:

B. Name of Defendant: Kenneth Nelsen Head (BMSI) Warden

Address: 7475 Cockrillbend Blvd Nashville, TN 37209

Additional Defendants: Warden of Security Corvelli Hayes Address: 7475 Cockrillbend blvd Nashville, TN 37209. Warden of Treatment Michael Keys Address 7475 Cockrillbend Blvd Nashville, TN 37209. Tennessee Department of Correction's Riverbend Maximum Security Institution Address: 7475 Cockrillbend Blvd Nashville, TN 37209. CCO Green Address: 7475 Cockrill bend Blvd Nashville, TN 37209

IV. Statement of Claim:

State here as briefly as possible the **facts** of your case. Describe how each Defendant is involved. Include also the names of other persons involved, date, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

On October 19, 2025 between the time of 7:30am to 8:30am recreation was call for the bottom tier in 4-Apod At Riverbend Maximum security Institution by CCO Green I figured It would be okay to go outside because Eventhough they had just recently Moved the person whom had just stab me in the Head And Neck on May 28, 2025 in 4-Apod back in 4-Apod with me, He was on the top walk. I went out side not knowing At the time ther were no working Cameras outside Eventhough that Multiple stabings And Fights had Already occured in RMSI unit 4 Recreation Cages Even A Murder has occured in the Recreation Cage's in 4 unit since I was stab Almost to death October 19, 2025, but on October 19, 2025 After locking us in The Recreation Cage CCO/Green do to it being short of staff left us outside unsupervised then Another inmate Affiliated with the blood Gang Member that stab me on May 28, 2025 just walked up And blindsided punch me in My Jaw when I turned to face him And Attempt to defend Myself I was stab in the chest, left Arm both sholders head And Gashed in the neck which punctured My windpipe causing me to stay in Vanderbilt Hospital 3 days RMSI breached it's duty to Protect me. the violated my 8th Amendment by letting Person who stab go back to general Population in unit 4 And Put me on 23/1 PC [illegible]

The person whom stab Me May 28, 2025 is Nathan ODum The person whom stab Me on date of Complaint October 19, 2025 is Anthony Evans; Being placed on PC has Caused tremendous Emotional Distress

V. Relief:

1. I M ASKing For $250,000 For PAIN And suffering. of being stab

2. Im Asking For $250,000 For The Breach of Duty to Protect by Administration For Allowing Recreation to be had Knowingly short of StAFF And Camera's being out

3. Im Asking For $250,000 For 8Th Amendment Cruel And unusual Punishment For being placed on PC Instead of Locking up person whom stab ME

4. Im Asking For $250,000 For Emotional Distress And Mental Distress of Not Being Able to call my Family All month And being Locked down 23/1 5dAys A week And 24 hours A day 2 times A week.

5.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge and belief.

Signed this 31ST day of MAY, 2026.

David Hamilton
RMSI 7475 Cockrill bend blvd
Nashville, TN 37209

(Signature and address of Plaintiff (s))

IN THE UNITED STATES DISTRICT COURT
FOR THE Middle DISTRICT OF TENNESSEE
Nashville DIVISION

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. ' 1983

David Hamilton, )
_______________, )
_______________, )
PLAINTIFF, )

VS. ) CIVIL ACTION NO.______________
Warden of Security Corvelli Hayes
Warden Kenneth Nelsen, )
Warden of Treatment Michael Keys, )
CCO/Green, )
RMSI Tennessee Department of Correction )
DEFENDANT (S) )

---

## I. GENERAL INFORMATION

1. Your full name and prison number(s): David Hamilton 488085
2. Name and location of prison where you are now confined: River Bend Maximum Security Institution
3. Sentence you are now serving (how long?): 35 years
   (a) What were you convicted of? 2nd Degree Murder, Especially Agg Robbery, Shedule 5 drug in School Zone, Introduction of Contraband
   (b) Name and location of court which imposed sentence: Shelby Co. Memphis Tennessee Criminal Court Room 2
   (c) When was sentence imposed? May 5th 2011
   (d) Did you appeal your sentence and/or conviction? _____Yes √ No
   (e) What was the result of your appeal?______________________
   (f) Approximate date your sentence will be completed: 2/21/42

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the **SAME FACTS** involved in this lawsuit or otherwise related to your imprisonment? √ Yes _____ No

5. If your answer to question 4 is "yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): DAvid HAmilton

Defendant(s): Warden Grady Perry, Internal Affairs JAMES Frankes, female Captain F-N-U Brown RMSI Warden Michael Keys

(b) Name of Court: Fred D. Thompson CourtHouse, NAshville, TN

(c) Docket Number: 3:24-cv-00512 When did you file this lawsuit? MAY 5, 2024

(d) Name of judge assigned to case: Aleta Arthur Traugher

(e) Is this case still pending? √ Yes _____ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? Riverbend MAximum Security Institution

(a) How long have you been at this institution? Since 4-26-23

(b) Does this institution have a grievance procedure? √ Yes ___ No

(c) If your answer to question 6(b) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

√ Yes ____ No

(2) What was the result? I Appealed All the way TO Commissioner whom Denied Appeal.

(d) If your answer to question 6(b) is "No," explain why not:

(e) What, if anything, have you done to bring your complaint(s) to the attention of Prison Officials? Give dates and places and the names of persons talked to: I've talk to Chief Counselor Bates, Warden Hayes Warden Keys All within the Month of November 2025

7. In what other institutions have you been confined? Give dates of entry and exit.

Morgan County Corrects 6 Different times West High 5 different times SouthCentral Correctional Facility 4 different times Northwest from 4-6-2016-8-13-16 Whiteville Correctional Facility From 3-12-2012 - 6-5-2012

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of **each** plaintiff in this lawsuit.

David Hamilton 488085
RiverBend Maximum Security Institution
7475 Cockrill Bend Blvd
Nashville, TN 37209

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Warden of Security Corvelli Hayes: Adrress 7475 Cockrill Bend Blvd. Nashville, TN 37209 Place of Employment-RiverBend Maximum Security Institution.

Head Warden Kenneth Nelsen: Address 7475 Cockrill Bend Blvd. Nashville, TN 37209 Place of Employment-Riverbend Maximum Security Institution.

Warden of Treatment Michael Keys: Address 7475 Cockrill Bend Blvd. Nashville, TN 37209 Place of Employment-RiverBend Maximum Security Institution.

CCO/Green-Male-N-U: Address 7475 Cockrill Bend Blvd. Nashville, TN 37209-Place of Employment RiverBend Maximum Security Institution.

Tennessee Department of Correction: 7475 Cockrill Bend Blvd Nashville 37209-Place of Employment RiverBend Maximum Security Institution.

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, WHERE the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim **SEPARATELY**.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE SIMPLE, **CONCISE**, AND **DIRECT**. If the court needs additional information from you, you will be notified.

Where did the incident you are complaining about occur? That is, at what institution or institutions?

RiverBend Maximum Security Institution.

When do you allege this incident took place? October 19, 2025

What happened? On the Morning of October 19, 2025 Between the time of 7:30AM. 8:30AM Recreation For outside was Called For the bottom WALK OF 4-A pod Tier Management by CCO/Green I Figured It would be SAFE TO GO OUTSide because Eventhough they had just recently Moved The person whom had Just stab Me in the Head And Neck May 28, 2025 Nathan Lebron ODum back in 4-A pod with Me, He was on the Top WALK. I went outside Not Knowing Like Administration of RMSI Warden of Security Corvelli HAYES, Warden of Treatment Michael Keys And Head

10. V. STATEMENT OF CLAIM

Warden Kenneth Nelsen Knew Camera's on recreation yard were NOT working And 4building WAS Short of STAFF. The CCO/Green whom was the Rec yard officer that day had do To It being short of STAFF that day WENT back in the building After placing The Topwalk in the 2nd Cage leaving us unsupervised Although it's Policy were suspposed to be Monitered by A REC yard officer At All time's in 4building due to our Close custody And TIER Management status only Moment's After CCO/Green went back into building OUT OF Nowhere An Inmate Affiliated with the SAME GANG As the First Person whom stab Me May 28, 2025, Anthony M. EVANS OUT OF Nowhere CAME And hit Me with A blindsided Punch To The JAW And when I turned towards

him And began to try And Defend Myself He pulled out A knife And immediately begun to stab Me 3 time's in My head My Forehead, My chest, both sholder's My left Arm twice And A near Fatal neck shot that left A Huge Gash on the left side of My neck which Also punctured My windpipe And Damage My nerves which has since rendered My left Jawline And Earlobe numb Causing Me to stay At Vanderbilt Hospital For 3 day 2 of which I couldn't Eat I could only Drink liquid. Recreation on 4A side yard was shutdown indefinately until the Cameras we Fixed After Me being stab that morning Since My Arrival From Hospital I have been Forced to sit on PC 23 And 1 5 day's A week 24 hours A day 2 days A week

Placed On 1 30 Minute CALL
A month Handcuffed And
Shackle At the Feet Anytime
I LEAVE My CELL My 8th
Amendment is being violated
this is cruel And unusual
Punishment just because some
one decided To Stab me while
nobody was Looking The person
that stab me Anthony M. Evans
Got to Go right back to Close
Custody General Population in
Unit 4 where he just recently
stabed someone Else, CCO/Green
whom After coming back outside
And seeing me bleeding Profusively
with several Inmate's holding
Shirt's And Towels trying to
put pressure on my wounds
refused TO CALL A code or
hit his Mandown button
After I told him I was
stab He just open the
Recreation cage And Let
Everybody Flood out A one

time It wasn't until the Unit4 building seargent Thompkins saw me At the Front GATE with Inmate Jenkins holding towel to badly bleeding Gash on My neck that An Emergency Medical Code was Call by him I beg CCO/Gregg several time to hit the Medical Code he refused And recieved zero reprimand from RMSI Administration till this day.

11. List the name and address of every person you believe was a **WITNESS** to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard what happened.

(USE ADDITIONAL SHEETS, IF NECESSARY)

SEArgent Thompkins Address 7475 Cockrillbend Blvd Nashville, TN SAW me bleeding out And he Called For A Medical Emergency on radio And pressed Mandown button

12. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.

(USE ADDITIONAL SHEETS, IF NECESSARY)

I would Like the courts to Ask For My transfer And Give me Monetary relief of $1 million Dollars And An Institutional Reprimand For RMSI Administration And CCO/Green

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under '1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. **KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT.** That mean you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this 31 day of MAY, 2026.

David Hamilton
(Signature of Plaintiff)

David Hamilton 488085
RMSI
7475 Cockrill Bend Blvd
Nashville, TN 37209

$3.00

GND ADV

US POSTAGE IMI PITNEY BOWES
ZIP 37243 $ 009.55⁰
02 7W
0008044159 JUN. 10. 2026

INSPECTED BY: [illegible]
DATE: 06/11/26

RECEIVED
JUN 12 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RECEIVED
JUN - 8 2026
RMSI MAILROOM
OUTGOING LEGAL

Lynda M. Hinn
Clerk, U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

329.42

The Dept of Corrections/RMSI HAS NOT inspected nor censored and is not responsible for the contents